1  Robert B. Jobe (Cal. State Bar #133089)
   Katherine M. Lewis (Cal. State Bar #247258)
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Ste. 200
3  San Francisco, CA 94108
   Tel: (415) 956-5513
4  Fax: (415) 840-0308
   Email: bob@jobelaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NAVJIT KAUR SIDHU, *et. al.*            )   No. CV 08-5350 CW
                                         )
    Plaintiffs,                          )
                                         )   **ORDER**
    v.                                   )
                                         )
EMILIA BARDINI, *et. al.*                )
                                         )
    Defendants.                          )
_____)

      Pursuant to stipulation, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss be reset to April 9, 2009 at 2:00 p.m.

      IT IS SO ORDERED.

DATED:    3/16/09                        _____
                                         CLAUDIA WILKEN
                                         UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order
CV 08-5350 CW