MICHAEL F. HERTZ
United States Department of Justice
Acting Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation
SHEREASE PRATT NYSBN 2620912
Trial Attorney
Office of Immigration Litigation

    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 532-4110
    FAX: (202) 305-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVJIT KAUR SIDHU, *et al.*, | No. 08-CV- 5350 CW |
| Plaintiffs, | ORDER GRANTING |
| v. | **STIPULATED NOTICE OF WITHDRAWAL OF AMENDED MOTION TO DISMISS** |
| EMILIA BARDINI, *et al.*, | |
| Defendants. | |

    Plaintiffs, by and through their attorney, Robert B. Jobe, and Defendants, by and through their counsel of record, Sherease Pratt, hereby provide notice to the Court that the parties stipulate, pursuant to L.R. 7-12, that Defendants <u>withdraw</u> their Motion to Dismiss and their Amended Motion to Dismiss for lack of subject matter jurisdiction and/or for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(1) and (6) which were filed respectively on February 13, 2009, as docket entry number 8, and February 17, 2009, as docket entry number 9.  The grounds for such withdrawal are a change in the facts that took place subsequent to the filing of the motions, which supersede such motions.  On March 19, 2009, Plaintiffs filed an Amended Complaint, docket entry number 12.  Defendants intend to file a

NOTICE AND MOTION
No. C 08-5350 CW

1  response to the Amended Complaint on April 2, 2009.

2  Dated: March 27, 2009    Respectfully submitted,

| DATED: March 27, 2009 | DATED: March 27, 2009 |
|---|---|
| /s/ Robert B. Jobe<br>ROBERT B. JOBE<br><br>KATHERINE M. LEWIS<br>Law Office of Robert B. Jobe<br>550 Kearny Street, Suite 200<br>San Francisco, CA 94108<br>415-956-5513<br><br>Attorneys for Plaintiffs | MICHAEL F. HERTZ<br>Acting Assistant Attorney General<br><br>ELIZABETH J. STEVENS<br>Assistant Director<br><br>**s/ Sherease Pratt**<br>SHEREASE PRATT<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Office of Immigration Litigation<br>Post Office Box 878, Ben Franklin Station<br>Washington, D.C.  20044<br><br>Attorneys for Defendants |

1
2
3                             [PROPOSED] ORDER
4        Pursuant to stipulation, IT IS HEREBY ORDERED that the Defendants'
   Motion to Dismiss and Amended Motion to Dismiss are withdrawn.
5
6   PURSUANT TO STIPULATION, IT IS SO ORDERED.
7
    DATED:    3/30/09                    /s/ Claudia Wilken
8                                        _____
                                         CLAUDIA WILKEN
9                                        UNITED STATES DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE AND MOTION
No. C 08-5350 CW                    3

**CERTIFICATE OF SERVICE**

Case No. 08-CV-5350 CW

I hereby certify that on this 27th day of March 2009, one copy of the foregoing *Notice of Withdrawal of Motion to Dismiss* and Proposed Order was served on counsel for the Plaintiffs via the district court ECF system which will send notification of such filing to the following ECF filers:

Robert B. Jobe
Law Office of Robert B. Jobe
550 Kearny Street, Suite 200
San Francisco, CA 94108
415-956-5513
Email: bob@jobelaw.com

Katherine Margaret Lewis
The Law Office of Robert B. Jobe
550 Kearny Street, Suite 200
San Francisco, CA 94108
415-956-5513 x119
Email: katy@jobelaw.com

                                        **s/ Sherease Pratt**
                                        SHEREASE PRATT