```
Robert B. Jobe (Cal. State Bar #133089)
Katherine M. Lewis (Cal. State Bar #247258)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com
```

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVJIT KAUR SIDHU, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> EMILIA BARDINI, *et. al.* <br><br> Defendants. | No. CV 08-5350 CW <br><br> **STIPULATION TO EXTEND DATES; [PROPOSED] ORDER** <br><br><br> Date:  May 21, 2009 <br> Time: 2:00 p.m. <br> Ctrm: 2, 4th Floor |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed an action in this Court on November 25, 2008. On March 19, 2009, Plaintiffs filed a First Amended Complaint.

2. On April 2, 2009, Defendants filed a Notice of Motion to Dismiss and Memorandum of Points and Authorities in Support Thereof. On April 30, 2009, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss. The hearing on Defendants' Motion to Dismiss is currently scheduled for May 21, 2009 at 2:00 pm.

3. Plaintiffs' counsel, Mr. Robert B. Jobe, will be in France from May 19 - 27, 2009 with his 10-year old son. Since Mr. Jobe will be out of the country on May 21, 2009, the date of the currently scheduled hearing, the parties agreed to an extension of one week time for the hearing on Defendants' Motion to Dismiss.

4. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court extend the date of the hearing on the Defendant's Motion To Dismiss until May 28, 2009 at 2:00 p.m.

DATED: May 11, 2009          Respectfully submitted,

LAW OFFICE OF ROBERT B. JOBE

/s/ Robert B. Jobe
_____

ROBERT B. JOBE
KATHERINE M. LEWIS

Attorneys for Plaintiffs

DATED: May 11, 2009          MICHAEL F. HERTZ
Deputy Assistant Attorney General

ELIZABETH J. STEVENS
Assistant Director

/s/ Sherease Pratt
_____

SHEREASE PRATT
Trial Attorney
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
Post Office Box 878, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | Pursuant to stipulation, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss be reset to May 28, 2009 at 2:00 p.m. |
| 4 | |
| 5 | IT IS SO ORDERED. |

DATED: 5/28/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

Stipulation to Extend Dates; [Proposed] Order
CV 08-5350 CW                                 3