TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation
SHEREASE PRATT NYSBN 2620912
Trial Attorney
Office of Immigration Litigation

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-0063
    FAX: (202) 616-8962

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAVJIT KAUR SIDHU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIA BARDINI, *et al.*, <br><br> Defendants. | No. 08-cv-5350 CW <br><br> **PARTIES' STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); AND ORDER** |

    In accordance with the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, by and through their attorney of record, Robert Jobe, and Defendants, by and through their attorney of record, Sherease Pratt, hereby stipulate to dismissal of the above-entitled action without prejudice, in light of the fact that the Government has agreed to (1) move the immigration court to dismiss the Plaintiffs' immigration court proceedings, without prejudice; (2) reopen and recommence asylum termination proceedings through the issuance of a new Notice of Intent to Terminate, if and when the Immigration Judge grants the Government's motion to dismiss the immigration court proceedings without prejudice; and 3) by operation of law, once termination proceedings are reopened, Plaintiffs will revert to their previous immigration status until such status

Stipulation to Dismiss
08-cv-05350-CW

is terminated.  Each of the parties shall bear their own costs and fees.

| | |
|---|---|
| DATED: June 30, 2009. | DATED: June 30, 2009. |
| /s/    Robert Jobe<br>ROBERT JOBE, Esq. | TONY WEST<br>Assistant Attorney General, Civil Division<br>United States Department of Justice |
| Law Office of Robert B. Jobe<br>550 Kearny Street, Suite 200<br>San Francisco, CA 94108<br>Phone:(415) 956-5513<br>Fax: (415) 840-0308<br>Email: bob@jobelaw.com | ELIZABETH J. STEVENS<br>Assistant Director, District Court Section<br>Civil Division, Office of Immigration Litigation<br><br>/s/ Sherease Pratt<br>SHEREASE PRATT[1]<br>Trial Attorney, District Court Section<br>Civil Division, Office of Immigration Litigation |
| Attorney for Plaintiffs | United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C.  20044<br>Phone: (202) 616-0063<br>Facsimile: (202) 616-8962<br>Email: Sherease.Pratt@usdoj.gov<br>Attorneys for Defendants |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   7/14/09

*[signature: Claudia Wilken]*
CLAUDIA WILKEN
United States District Judge

---

[1] I, Sherease Pratt, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
08-cv-05350-CW                                2